### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TERRI WILLIAMS**                                          **PLAINTIFF**

#### CASE NO. 4:07-CV-662 SWW

**BLUEHIPPO FUNDING, LLC and**
**BLUEHIPPO CAPITAL, LLC**                                 **DEFENDANT**

### PLAINTIFFS' PRETRIAL DISCLOSURES

Comes now, Plaintiff, Terri Williams, by and through her attorneys, Steven A. Owings, Owings Law Firm, and T. Brent Walker, Carter Walker PLLC, for her Initial Disclosures, states:

**1.      The identity of the party submitting information.**

Steven A. Owings, and T. Brent Walker, Attorneys for Plaintiff.

**2.      The names, addresses, and telephone numbers of all counsel for the party.**

Steven A. Owings, 1320 Brookwood, Ste. D, Little Rock, AR 72202, 501-661-9999; T. Brent Walker, 2171 West Main, Suite 200, Cabot AR 72023.

**3.      A brief summary of claims and relief sought.**

Plaintiff alleges that she was deceived by false and misleading advertising into ordering a computer at an exorbitant price and on unconscionable terms from BLUEHIPPO . Ms. Williams also alleges the following:  (1) that BLUEHIPPO drafted unauthorized money from her bank account; (2) that BLUEHIPPO failed to make proper disclosures to her or provide her with any contract or written documents at the time of the sale; (3) that BLUEHIPPO attempted to impose additional contractual terms on her after BLUEHIPPO had already taken money from her account; and (3) that Ms. Williams was damaged as a result.  Plaintiff seeks compensatory and punitive damages under the Arkansas Deceptive Trade Practices Act.

**4.      Prospects for settlement.**

Prospects for settlement are reasonably good.

**5.      The basis for jurisdiction and objections to jurisdiction.**

The basis for federal court jurisdiction is diversity.

**6.      A list of pending motions.**

There are no pending motions.

**7.      A concise summary of the facts**.

After hearing a radio advertisement, Plaintiff called BLUEHIPPO to order a computer and was persuaded to also purchase a printer.  The BLUEHIPPO representative told Plaintiff that her initial payment would be $124 with weekly payments of $41.98 thereafter.  She was told by BLUEHIPPO that it would ship the goods at the end of a 90 day period.  BLUEHIPPO failed to disclose to Plaintiff that it offered financing or any technical aspects of the computer. In addition, BLUEHIPPO did not send Plaintiff any documents or contracts at the time of sale.  BLUEHIPPO drafted two separate drafts of $124 from Plaintiff's account on September 7, 2005.  The actions of BLUEHIPPO caused Plaintiff's bank to charge her $110 in overdraft fees On September 9, 2005, Plaintiff called BLUEHIPPO to cancel her purchase.  She then filed a complaint with the Arkansas Attorney General. BLUEHIPPO refunded her $124 but refused to refund her the additional $124 or pay her overdraft fees.

**8.      All proposed stipulations**.

Plaintiff anticipates that the parties will agree to stipulate to the admissibility of certain documents and exhibits.

**9.      The issues of fact expected to be contested**.

The Plaintiff anticipates that issues of fact related to BLUEHIPPO's advertising, financing

plan, merchandise, pricing, timing of shipment, automatic plan and forfeiture policy may be contested.

**10.    The issues of law expected to be contested.**

The Plaintiff does not expect that issues of law will be contested.

**11.    A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence.**

Documents and exhibits which Plaintiff expects to offer include the following:

(A)    Documents sent to Plaintiff by BLUEHIPPO after the purchase, including shipping verification form;

(B)    Bank Account Statements of Plaintiff;

(C)    Letter from BLUEHIPPO to Attorney General

(D)    Letter from BLUEHIPPO to Better Business Bureau;

(E)    Letter from Plaintiff to Attorney General;

(F)    Letter from Better Business Bureau to Plaintiff;

(G)    Letter from Arkansas Attorney General to BLUEHIPPO;

(H))    Letter from BLUEHIPPO to First State Bank;

(I)    Letter from BLUEHIPPO to Arkansas Attorney General;

(J)    Notice of Debt from BLUEHIPPO's attorneys;

(K)    Letter from Arkansas Attorney General to Plaintiff;

(L)    BLUEHIPPO Account Listing for Plaintiff;

(M)    BLUEHIPPO's Website Printout;

(N)    BLUEHIPPO's Sales Script;

(O)    BLUEHIPPO'S Sales Training Manual;

(P)    BLUEHIPPO'S Telemarking Scripts;

(Q)    Documents produced by BLUEHIPPO including sales agreements and

advertising/marketing materials;

(R)    Complaint filed with Arkansas Attorney General by Terri Williams;

(S)    Complaint filed with Arkansas Attorney General by Henry Jones;

(T)    Complaint filed with Arkansas Attorney General by Deborah Thomas;

(U)    Complaint filed with Arkansas Attorney General by David White;

(V)    Complaint filed with Arkansas Attorney General by Sherry Casey;

(W)    Complaint filed with Arkansas Attorney General by Robert Countryman;

(X)    Complaint filed with Arkansas Attorney General by Nehemiah Hicks;

(Y)    Complaint filed with Arkansas Attorney General by Kent Polk;

(Z)    Complaint filed with Arkansas Attorney General by Gladys Smith;

(AA)   Complaint filed with Arkansas Attorney General by Tyran Watson;

(BB)   Complaint filed with Arkansas Attorney General by Mary Scott;

(CC)   Complaint filed with Arkansas Attorney General by Debra Thames;

(DD)   Complaint filed with Arkansas Attorney General by Rick McIlvoy;

(EE)   Complaint filed with Arkansas Attorney General by Carol Billiot;

(FF)   Complaint filed with Arkansas Attorney General by Arthur LaMarque;

(GG)   Complaint filed with Arkansas Attorney General by Charles Sampson;

(HH)   Complaint filed with Arkansas Attorney General by William Richards.

**12.    The names, addresses and telephone numbers of witnesses for the party.**

(A)    Terri Williams, plaintiff herein.  This witness can be reached through Plaintiff's

attorney.

     (B)     Henry Jones.  This witness can be reached through Plaintiff's attorney.

     (C)     Deborah Thomas.  9515 Nathan Hale Road, Little Rock, AR 72209.

     (D)     David White.  6201 Senate Dr., Little Rock, AR 72209.

     (E)     Sherry Casey.  14624 Sara Drive, Little Rock, AR 72206.

     (F)     Robert Countryman.  301 N. Hartford Street, Russellville, AR 72801.

     (G)     Nehemiah Hicks. 510 Beech Apt. #8B, Helena, AR 72342.

     (H)     Kent Polk.  140 Broadwater Lane, Batesville, AR 72501.

     (I)     Gladys Smith.  P.O. Box 474, Lewisville, AR 71845.

     (J)     Tyran Watson.  P.O. Box 402, Warren, AR 71671.

     (K)     Mary Scott.  402 S. Clifford Street, Harrison, AR 72601.

     (L)     Debra Thames.  6701 Village Drive, #15, North Little Rock, AR 72117.

     (M)     Rick McIlvoy.  1052 E. Cypress Street, DeValls Bluff, AR 72041.

     (N)     Carol Billiot.  23912 Hwy 16 W., Jerusalem, AR 72080.

     (O)     Arthur LaMarque.  8100 Cantrell, Apt. #903, Little Rock, AR 72227.

     (P)     Charles Sampson.  7223 Hwy 161.  North Little Rock, AR 72117.

     (Q)     William Richards.  912 Pardewest, Bay, AR 72411.

     **13.**     **The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.**

The discovery deadline has passed.

     **14.**     **An estimate of the length of trial and suggestions for expediting disposition of the action.**

Plaintiff estimates the trial will take one day..  To expedite the trial, the parties should stipulate to the admissibility of exhibits when possible.

WHEREFORE, Plaintiff respectfully submits her Pretrial Disclosures.

Dated: September 22, 2009

Respectfully submitted,

    /s/ Steven A. Owings
Steven A. Owings
AR Bar #89-035
**Owings Law Firm**
1320 "D" Brookwood Dr.
Little Rock, AR 72202
Telephone:  (501) 661-9999
E-mail:  sowings@owingslawfirm.com

T. Brent Walker
AR Bar #2002152
**Carney Williams Bates Bozeman &
Pulliam, PLLC**
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
Telephone:  (501) 312-8500
E-mail:  bwalker@carneywilliams.com

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

     I, Steven A. Owings, certify that I have served a copy of the foregoing pleading has been filed with the Clerk of this Court via CM/ECF on this 22nd day of September, 2009.   Notice of filing will be sent to the parties via electronic mail from the Court.


Marie B. Miller
Williams & Anderson, PLC
111 Center Street, Suite 2200
Little Rock, AR 72201


                                             /s/ Steven A. Owings