UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRI WILLIAMS**                                                                                       **PLAINTIFF**

VS.                                        No. 4:07CV00662 SWW

**BLUEHIPPO FUNDING, LLC**                                                           **DEFENDANT**

**DEFENDANT'S MOTION TO REOPEN SCHEDULING ORDER
FOR THE PURPOSE OF FILING A MOTION FOR SUMMARY JUDGMENT**

Defendant BlueHippo Funding, LLC ("BlueHippo"), for its Motion, states:

1.      The above matter was scheduled for trial the week of October 5, 2009, but was continued until the week of May 3, 2010, due to the Court's schedule. All discovery and motions deadlines have expired. BlueHippo did not file a motion for summary judgment prior to the expiration of the motions deadline because it anticipated the matter would settle. Although the parties have discussed settlement, as of this filing no settlement has been reached.

2.      This cause of action was initially filed as a class action, but class certification was denied because the Court found that plaintiff did not adequately represent the class, that is, plaintiff's claims were not similar to the putative class members' claims. Plaintiff claims that BlueHippo engaged in deceptive trade practices in its transaction with her. BlueHippo submits that plaintiff has failed to state facts upon which relief can be granted under the Arkansas Deceptive Trade Practices Act. BlueHippo believes that it can meet the test for summary judgment to be granted and, thereby, dispose of this matter.

3. Thus, BlueHippo requests that the Court reopen the scheduling order to permit it to file a motion for summary judgment. Because the case has been rescheduled for May 3, 2010, plaintiff will not be prejudiced, and the new trial date will not be affected.

WHEREFORE, Defendant BlueHippo Funding, LLC, prays that this Court grant its motion and for all other just and proper relief to which it may be entitled.

> s/ Marie-B Miller
> Ark Bar No. 84107
> Williams & Anderson PLC
> 111 Center Street, 22nd Floor
> Little Rock, Arkansas 72201
> Tel: (501) 372-0800
> mmiller@williamsanderson.com
>
> *Counsel for BlueHippo Funding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| T. Brent Walker | Steven A. Owings |
| Cauley Bowman Carney & Williams, PLLC | Owings Law Firm |
| 11311 Arcade Dr., Suite 200 | 1320 "D" Brookwood Dr. |
| Little Rock, AR 72212 | Little Rock, AR 72202 |

> /s/ Marie-B Miller
> Marie- B Miller, Ark Bar No. 84107
> Williams & Anderson PLC
> 111 Center Street, Suite 2200
> Little Rock, AR 72201
> Tel: (501) 372-0800
> Fax: (501) 376-6453
> mmiller@williamsanderson.com
>
> *Counsel for BlueHippo Funding, LLC*